THE STATE OF OHIO, APPELLANT, *v.* DOMERS, APPELLEE.

[Cite as *State v. Domers* (1991), 61 Ohio St.3d 592.]

(No. 90–1455—Submitted May 8, 1991—Decided August 28, 1991.)

---

*Christopher L. Greene*, assistant prosecuting attorney, for appellant.

*Flynn & Clark* and *Thomas T. Flynn*, for appellee.

---

The appeal is dismissed, *sua sponte*, for lack of a final appealable order. The judgment entry not having been file-stamped by the trial court clerk, neither the appellate court nor this court has subject-matter jurisdiction to reach the merits of this case.

MOYER, C.J., SWEENEY, HARSHA, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

WILLIAM H. HARSHA, J., of the Fourth Appellate District, sitting for HOLMES, J.